```
         UNITED STATES DISTRICT COURT FOR THE
               DISTRICT OF NEW HAMPSHIRE
```

Natalie Talon

    v.                                  Civil No. 12-cv-389-JD

James Dunn and Strafford County

O R D E R

Natalie Talon brought a civil rights action, with state claims, against James Dunn, the Director of Strafford County Community Corrections, and Strafford County. Strafford County filed a motion to dismiss, and Talon's motion for an extension of time to respond to the motion was granted. Talon has not made service on Dunn.

Talon then moved to dismiss all of her federal claims, with the assent of Strafford County. In her motion, Talon explained that she intended to file an action in state court. The court granted Talon's motion on January 22, 2013.

Because the federal claims have been dismissed at an early stage of the litigation, the court declines to exercise jurisdiction over the remaining state claims. 28 U.S.C. § 1367(c)(3). The state claims are denied without prejudice due to lack of jurisdiction. Strafford County's motion to dismiss is moot.

Conclusion

For the foregoing reasons, the plaintiff's federal claims are dismissed with prejudice. The plaintiff's state claims are dismissed without prejudice for lack of jurisdiction. Strafford County's motion to dismiss (document no. 4) is denied as moot.

The clerk of court shall enter judgment accordingly and close the case.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

January 29, 2013

cc: Corey M. Belobrow, Esquire
    Lawrence A. Vogelman, Esquire